Derek Newman, State Bar No. 190467
dn@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

Attorney for Defendants
Zeta Interactive Corp. and
David A. Steinberg

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MORA, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZETA INTERACTIVE CORP. and DAVID A. STEINBERG,<br><br>Defendants. | Case No. 1:16-cv-00198-DAD-SAB<br><br>**ORDER<br>EXTENDING TIME TO FILE<br>RESPONSIVE PLEADING** |

GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED that:

1. Defendant Zeta Interactive Corp.'s responsive pleading to Plaintiff's Complaint will be due March 18, 2016; and

2. Defendant Daniel A. Steinberg's responsive pleading to Plaintiff's Complaint will be due April 4, 2016.

IT IS SO ORDERED.

Dated: **March 15, 2016**

_____
UNITED STATES MAGISTRATE JUDGE