**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MORA, on Behalf of Himself and all Others Similarly Situated,<br><br>                              Plaintiff,<br>     v.<br><br>ZETA INTERACTIVE CORP. and DAVID A. STEINBERG,<br><br>                              Defendants. | Case No.  1:16-cv-00198-DAD-SAB<br><br>**STIPULATION AND  ORDER REGARDING DISCOVERY CUT-OFF DATE** |

Plaintiff Sergio Mora ("Plaintiff") and Defendants Zeta Interactive Corp and David A. Steinberg (collectively "Defendants"), by and through their respective attorneys, hereby stipulate as follows:

WHEREAS, on May 3, 2016, the Court issued a Phase One Scheduling Order relating to arbitration. (Dkt. 20).

WHEREAS, the parties are ordered to complete all discovery relating to arbitration on or before July 22, 2016.

WHEREAS, Plaintiff's counsel and Defendants' counsel have noticed depositions and to accommodate the schedules of the parties and their counsel, the parties have agreed, subject to the Court's approval, to extend the discovery cut-off date one week to July 29, 2016.

Now, therefore, the parties, through the undersigned counsel, hereby stipulate as follows:

1. The discovery cut-off date relating to arbitration, currently set for July 22, 2016, shall be extended to July 29, 2016.

2. All other dates issued in the Phase One Scheduling Order shall remain unchanged.

Dated: July 8, 2016                           Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail:   ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: July 8, 2016 | **NEWMAN DU WORS LLP** |
| | By: */s/ John Du Wors*<br>           John Du Wors |
| | John Du Wors (State Bar No. 233913)<br>Samantha Everett (State Bar No. 234402)<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121<br>Telephone:  (206) 274-2800<br>E-Mail:  john@newmanlaw.com<br>                 Samantha@newmanlaw.com |
| | *Attorneys for Defendants* |

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders:

1. The discovery cut-off date relating to arbitration, currently set for July 22, 2016, shall be extended to July 29, 2016.

2. All other dates issued in the Phase One Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated:   **July 11, 2016**

UNITED STATES MAGISTRATE JUDGE