# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MORA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZETA INTERACTIVE CORP., et al.,<br><br>Defendants. | Case No.  1:16-cv-00198-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE JULIA A. LUSTER AS ATTORNEY OF RECORD FOR PLAINTIFF<br><br>(ECF No. 47) |

On January 19, 2017, Plaintiff filed a notice of withdrawal of attorney Julia A. Luster as counsel as she is no longer associated with the firm representing Plaintiff in this matter. Accordingly, Plaintiff's notice of withdrawal is granted and the Office of the Clerk is HEREBY DIRECTED to terminate Julia A. Luster as Plaintiff's attorney of record in this action.

IT IS SO ORDERED.

Dated: __**January 20, 2017**__                          _____
                                                         UNITED STATES MAGISTRATE JUDGE

1