# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MORA, | Case No. 1:16-cv-00198-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO MEET AND CONFER AND FILE EITHER A SUPPLEMENTAL JOINT STATEMENT OR A NOTICE OF WITHDRAWAL OF THE MOTION TO COMPEL |
| v. | |
| ZETA INTERACTIVE CORP., et al., | |
| Defendants. | ORDER REQUIRING DEFENDANTS TO FILE A COPY OF THEIR PROPOSED PROTECTIVE ORDER |
| | (ECF Nos. 46, 49) |

Plaintiff Sergio Mora filed this action on February 11, 2016.  On January 17, 2017, Plaintiff filed a motion to compel discovery with a hearing on the motion set for February 8, 2017.  (ECF No. 46.)  The parties filed a joint statement re discovery disagreement on January 23, 2017.  (ECF No. 49.)

Plaintiff contends that the parties met and conferred by telephone on December 15, 2016, but they were unable to reach a resolution on the matters in the instant dispute.  Defendants respond that Defendants' counsel indicated during the meet and confer and follow-up email correspondence that Defendants are still investigating Plaintiff's claims and document requests.  Defendants state that Plaintiff prematurely filed this motion without inquiring into the status of Defendants' investigation, which is ongoing.

Accordingly, the Court finds that it is in the interest of judicial economy for the parties to conduct another meet and confer on or before January 31, 2017.  The parties shall conduct a

meaningful meet and confer either in person or by telephone regarding the issues in the instant motion to compel.

The parties shall file a supplemental joint statement detailing the renewed meet and confer efforts and any additional information for the motion, or file a notice of withdrawal of the motion to compel, on or before January 31, 2017.

In the January 23, 2017 joint statement re discovery disagreement, Defendants refer to Zeta's proposed protective order, but they did not attach it to the joint statement or otherwise provide it to the Court.  If Plaintiff does not withdraw the motion to compel and Defendants request that the Court enter a protective order that is different from Plaintiff's proposed protective order, Defendants shall provide a copy of their proposed protective order on or before January 31, 2017.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.    The parties shall conduct a meaningful meet and confer in person or by telephone regarding the issues in the instant motion to compel on or before January 31, 2017;

2.    The parties shall file a supplemental joint statement detailing the parties' renewed meet and confer efforts and any additional information for the motion, or a notice of withdrawal of the motion to compel, on or before January 31, 2017; and

3.    If Plaintiff does not withdraw the motion to compel and Defendants request a protective order that is different from Plaintiff's proposed protective order, Defendants shall file a copy of their proposed protective order on or before January 31, 2017.

IT IS SO ORDERED.

Dated:   **January 24, 2017**

UNITED STATES MAGISTRATE JUDGE