# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZETA INTERACTIVE CORP., et al.,<br><br>　　　　Defendants. | Case No.  1:16-cv-00198-DAD-SAB<br><br>ORDER DISCHARGING FEBRUARY 1, 2017 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 52, 53) |

　　　On February 1, 2017, an order issued requiring Plaintiff to show cause why sanctions should not be imposed for his failure to comply with the January 25, 2017 order.  (ECF No. 52.)  Subsequently, Plaintiff filed a response on February 1, 2017.  (ECF No. 53.)

　　　Based upon Plaintiff's response, IT IS HEREBY ORDERED that the February 1, 2017 order to show cause is discharged.

IT IS SO ORDERED.

Dated:  **February 1, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1