# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO MORA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZETA INTERACTIVE CORP., et al.,<br><br>Defendants. | Case No. 1:16-cv-00198-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 66) |

This action was filed on February 11, 2016. On February 23 2017, the parties filed a stipulation dismissing this action with prejudice with each party to bear its own costs, expenses and attorney fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs, expenses or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **February 24, 2017**

UNITED STATES MAGISTRATE JUDGE

1